■ In the Matter of BIENVENIDO V. CLASS, Appellant, v. STATE LIQUOR AUTHORITY, Respondent.— In a proceeding pursuant to article 78 of the CPLR to annul respondent's determination disapproving petitioner's application for an off-premises beer license, petitioner appeals from a judgment of the Supreme Court, Kings County, dated March 20, 1968, which dismissed the petition.

Judgment affirmed, without costs. In our view, the determination is supported by substantial evidence. Beldock, P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.